United States Bankruptcy Court
District of Colorado

In re:     Case No. 23-15609-KHT
Melissa Ann Payne     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Jan 11, 2024     Form ID: 152     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Ann Payne, 270 Buckeye Dr,, Colorado Springs, CO 80919-1237 |
| 19506835 | + | BOK Financial, 6380 Corporate Center Cir Ste 250, Colorado Springs, CO 80919-8029 |
| 19506842 | | Emergency Medical Specialists P.C., Po Box 173891, Denver, CO 80217-3891 |
| 19506845 | | First Federal Credit Control, Inc., 27 N Willerup Ave B, Montrose, CO 81401-3446 |
| 19506851 | + | Southwest Recovery Service, 16200 Addison Rd, Ste 260, Addison, TX 75001-5423 |
| 19506855 | | Weinstein Properties, Po Box 31335, Richmond, VA 23294-1335 |
| 19506856 | | Weston Vanderkolk, 270 Buckeye Dr, Colorado Spgs, CO 80919-1237 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19506832 | ^ | MEBN | Jan 11 2024 22:10:14 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 19506833 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2024 22:25:44 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 19506834 | | EDI: TSYS2 | Jan 12 2024 03:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 19506837 | | EDI: CITICORP | Jan 12 2024 03:11:00 | Citi Card/Best Buy, Citicorp Cr Srvs Centralized Bnkrptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 19506838 | | EDI: CITICORP | Jan 12 2024 03:11:00 | Citibank Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 19506839 | + | EDI: WFNNB.COM | Jan 12 2024 03:11:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 19506840 | | Email/Text: BANKRUPTCY@CUDENVER.COM | Jan 11 2024 22:17:00 | Credit Union of Denver, Attn: Bankruptcy, PO Box 261420, Lakewood, CO 80226-9420 |
| 19506841 | + | EDI: DISCOVER | Jan 12 2024 03:11:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19506843 | | Email/Text: bankruptcy@ent.com | Jan 11 2024 22:17:00 | Ent Credit Union, Attn: Bankruptcy, Po Box 15819, Colorado Spgs, CO 80935-5819 |
| 19506844 | | Email/Text: rj@ffcc.com | Jan 11 2024 22:17:00 | First Federal Credit Control, Inc., 25700 Science Park Dr Ste 370, Beachwood, OH 44122-7312 |
| 19506846 | | Email/Text: crdept@na.firstsource.com | Jan 11 2024 22:17:00 | Firstsource Advantage, LLC, 205 Bryant Woods S, Buffalo, NY 14228-3609 |
| 19506836 | | EDI: JPMORGANCHASE | Jan 12 2024 03:11:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 19506847 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2024 22:17:00 | Kohls/Capital One, Attn: Credit Administrator, PO |

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: 152 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3043, Milwaukee, WI 53201-3043 |
| 19506848 | | Email/Text: sacc1-docs@lgbs.com | Jan 11 2024 22:17:00 | Linebarger Goggan Blair & Simpson, LLP, 900 Arion Pkwy Ste 104, San Antonio, TX 78216-2872 |
| 19506849 | + | Email/Text: bkrgeneric@penfed.org | Jan 11 2024 22:17:00 | Pentagon FCU, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 19506850 | | Email/Text: sthomas@frf1.com | Jan 11 2024 22:17:00 | Performance Finance, PO Box 5108, Oak Brook, IL 60522-5108 |
| 19506851 | ^ | MEBN | Jan 11 2024 22:10:25 | Southwest Recovery Service, 16200 Addison Rd, Ste 260, Addison, TX 75001-5423 |
| 19506852 | | EDI: SYNC | Jan 12 2024 03:11:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 19506853 | + | EDI: WTRRNBANK.COM | Jan 12 2024 03:11:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 19506854 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jan 11 2024 22:17:00 | Wakefield & Associates, 830 E Platte Ave A, Fort Morgan, CO 80701-3601 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert J. Doig | on behalf of Debtor Melissa Ann Payne rjdoig@comcast.net rjdoig@gmail.com;RDoig@jubileebk.net |
| Robertson B. Cohen | trusteecohen@cohenlawyers.com rcohen@ecf.axosfs.com;CO38@ecfcbis.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

(COB Form nopd.jsp #152)(1/23)

UNITED STATES BANKRUPTCY COURT
District of Colorado

Melissa Ann Payne  
Debtor(s)  
Debtor SSN/TaxId Nos.:  
xxx−xx−5594  
Joint Debtor SSN/Tax Id Nos.:

Case Number.: 23−15609−KHT  
Chapter: 7

Debtor(s)  
aka(s), if any will be listed on the following page

### NOTICE OF POSSIBLE DIVIDENDS

The initial Notice of Chapter 7 Bankruptcy Case issued in this case instructed creditors it was not necessary to file a proof of claim. After further investigation by the Trustee, assets have been identified and a distribution to creditors is possible.

**Creditors who wish to share in any distribution of assets must file a proof of claim with the Clerk of the U.S. Bankruptcy Court on or before: 4/15/24.**

Creditors who do not file a proof of claim on or before the above listed date **MIGHT NOT** share in any distribution from the debtor's estate.

Creditors can file an electronic proof of claim on the Court's website at www.cob.uscourts.gov/proof−claim. No login or password is required. If you are unable to file your proof of claim online, a proof of claim form (Official Form B 410) is available on the Court's website. Your completed proof of claim can be filed in person or by mail at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202. Contact the Court's help desk at 720−904−7480 for assistance on court processes and procedures. Please note, Court staff is **PROHIBITED** from helping you complete the proof of claim form.

Any creditor who has filed a proof of claim prior to this notice need not file another proof of claim.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief.

All claimants who seek an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Dated: 1/11/24

s/ Robertson B. Cohen  
1720 S. Bellaire St.  
Ste. 205  
Denver, CO 80222

**Aliases Page**
**Debtor aka(s):**
No Aliases for Debtor